# UNITED STATES OF DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:25-cv-23-PLM | 6/18/2025 | 2:36 pm – 2:50 pm | Maarten Vermaat |

## CASE CAPTION

| |
|---|
| Joshua Stanhope v Anya Alexander and Michael Beazley |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Sarah Riley Howard and Pamela Bratt | Plaintiff |
| Cameron D. Ritsema | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held by video; case management order to issue.

A status conference will be scheduled in about 4 months to discuss ADR.

Proceedings Recorded via Zoom
Courtroom Deputy:  C.A. Moore